Opinion issued December 19, 2002 











In The

Court of Appeals

For The

First District of Texas

____________


NOS. 01-02-00585-CR

 01-02-00586-CR

____________


WILLIE ARMSTRONG, Appellant


V.


THE STATE OF TEXAS, Appellee







On Appeal from the 248th District Court

Harris County, Texas

Trial Court Cause Nos. 875763 and 889682






MEMORANDUM OPINION

 Appellant filed a motion to dismiss the above-referenced appeals. The motion
is in writing, signed by appellant. We have not yet issued a decision. Accordingly,
the appeals are dismissed. Tex. R. App. P. 42.2(a).

 The clerk of this Court is directed to issue mandates immediately. Tex. R. App.
P. 18.1.

PER CURIAM

Panel consists of Justices Nuchia, Jennings, and Radack.

Do not publish. Tex. R. App. P. 47.